IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**JUSTIN L. BUCKNER,**
**JORGE TORRES,**
**BRITTANY FOWLER, and**
**JULIE K. GREER,**                                              No. 08-30071-DRH

**Defendant.**

## AMENDED ORDER

**HERNDON, Chief Judge:**

Before the Court is a **Motion to Continue Trial** submitted by Defendant Fowler (Doc. 33), and a **Second Motion For Continuance of Trial** submitted by Defendant Greer (Doc. 34). Defendants argue that they are currently in negotiations with the government regarding a plea agreement. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continue outweigh the interests of the public and Defendants Greer and Fowler in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendants Fowler and Greer's motions to continue trial (Docs. 33 & 34) and **CONTINUES** the jury trial *as to all Defendants* until **November 3, 2008 at 9:00am**. The Court notes that this matter was deferred at a pretrial with the predecessor

judge pending his consideration of the pending motions. Upon this judge's review of the record when assigned the case, the outstanding motions were noted as pending and so now acted upon. The order is denoted as Amended because it follows-up a minute record entered yesterday designed only to put the parties on immediate notice of the Court's intent while this Order was prepared. The time from the date Defendants Fowler and Greer's motions were filed, August 12, 2008 until the date on which the trial is rescheduled, November 3, 2008, is excludable time for the purposes of a speedy trial.

    **IT IS SO ORDERED.**

Signed this 10th day of October, 2008.

                                              /s/      *David R. Herndon*
                                          **Chief Judge**
                                          **United States District Court**