IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**JUSTIN L. BUCKNER,**
**JORGE TORRES,**
**BRITTANY FOWLER, and**
**JULIE K. GREER,**                        No. 08-30071-DRH

**Defendant.**

## AMENDED ORDER

**HERNDON, Chief Judge:**

Before the Court is a **Second Motion to Continue Trial** submitted by Defendant Fowler (Doc. 41). Defendant argues that her counsel is currently engaged in a lengthy trial and has another trial scheduled for November 3, 2008, the same day as this trial. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continue outweigh the interests of the public and Defendant Fowler in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant Fowler's motion to continue trial (Doc. 41) and **CONTINUES** the jury trial *as to all Defendants* scheduled for November 3, 2008 until **February 2, 2009 at 9:00 a.m.** The time from the date Defendant Fowler's motion was filed, October 23, 2008 until the date on which the trial is rescheduled, February 2, 2009,

is excludable time for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2008.

/s/      David R Herndon
**Chief Judge**
**United States District Court**