IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUSTIN L. BUCKNER,

Defendant.  No. 08-30071-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is an Agreed Motion to Continue Sentencing filed by the United States of America (Doc. 83). The Government requests that the Court continue the sentencing hearing for Defendant Buckner for sixty (60) days so that the Government can conclude its investigation and can accurately advise the Court on the nature and extent of Defendant Buckner's cooperation. The Defendant does not object to the continuance. Therefore, the Court **GRANTS** the Government's agreed motion to continue sentencing (Doc. 83) and **CONTINUES** the sentencing date set for June 26, 2009 until **September 4, 2009 at 3:00 p.m.**

**IT IS SO ORDERED.**

Signed this 23rd day of June, 2009.

/s/  David R Herndon
**Chief Judge**
**United States District Court**