**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JUSTIN BUCKNER,**

**Defendant.**                                    **No. 08-30071-DRH**


**<u>ORDER</u>**

**HERNDON, Chief Judge:**


       Before the Court is the United States of America's Agreed Motion to Continue Sentencing (Doc. 99).  The Government asks that Defendant Buckner's sentencing hearing scheduled for November 13, 2009 be continued so that he may continue his cooperation with the Government.  A continuance would also allow the Government to fully advise the Court of the nature of Defendant's cooperation at the time of sentencing.  Defendant does not object to the continuance and, in fact, joins in the request for continuance.  Based on the reasons set forth in the motion, the Court **GRANTS** the Government's Agreed Motion to Continue Sentencing (Doc. 99) and **CONTINUES** the sentencing set for November 13, 2009 until **February 5, 2010**

**at 2:00 p.m.**

> **IT IS SO ORDERED.**

> Signed this 9th day of November, 2009.


/s/     David R Herndon

**Chief Judge**
**United States District Court**