UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
|     Plaintiff, | ) Case No.  3:08CR30071-001-DRH |
| v. | ) |
| Justin L. Buckner, | ) |
|     Defendant, | ) |
| ================================== | ) |
| Jackson County Circuit Clerk, | ) |
|     Garnishee. | ) |

**GARNISHEE ORDER**

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on March 25, 2010, (**Doc 126**) stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant and has tendered said property to the Clerk.

On April 2, 2010, the Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that the amount Garnishee has paid be applied to the outstanding debt.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: May 14, 2010.                                 /s/   *DavidRHerndon*
                                                                              DAVID R. HERNDON
                                                          Chief Judge, U.S. District Court